**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1491**

PATRICK O. CHRISTIAN,

Plaintiff – Appellant,

v.

JAMES TOWNSEND; RODNEY MOORE; DANIEL E. BAILEY, JR.;
ROBERT B. NIPPER,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:11-cv-00140-RJC-DSC)

Submitted:  September 29, 2011        Decided:  October 4, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Patrick O. Christian, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order dismissing his 42 U.S.C. § 1985 (2006) complaint under 28 U.S.C. § 1915(e) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Christian v. Townsend, No. 3:11-cv-00140-RJC-DSC (W.D.N.C. Apr. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2